UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

CARMEN TAVAREZ-VARGAS,
Individually, and On Behalf of All Others
Similarly Situated,

      Plaintiff,

vs.

THIS LAND, INC.,

      Defendant.

---------------------------------------------------------------x

Case No. 1:21-cv-09868-JPC

**STIPULATION OF DISMISSAL**

    **IT IS HEREBY STIPULATED AND AGREED** that the action shall be, and is hereby, dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

DATED:  July 13, 2022

    **MIZRAHI KROUB LLP**

    *[signature]*

    EDWARD Y. KROUB
    JARRETT S. CHARO
    WILLIAM J. DOWNES
    200 Vesey Street, 24th Floor
    New York, NY  10281
    Telephone:  212/595-6200
    212/595-9700 (fax)
    ekroub@mizrahikroub.com
    jcharo@mizrahikroub.com
    wdownes@mizrahikroub.com

    *Attorneys for Plaintiff*

The Clerk of Court is respectfully directed to close this case,

SO ORDERED
Date: July 22, 2022
New York, New York

    *[signature]*
    JOHN P. CRONAN
    United States District Judge

|  |  |
|---|---|
| DATED: July 13, 2022 | **HOLLAND & HART LLP**<br><br>_____<br>Michael Joseph O'Leary<br>901 K Street NW<br>Suite 850<br>Washington, DC 20001<br>202-654-6922<br>Email: mjoleary@hollandhart.com<br><br>*Attorney for Defendant* |